Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiff was sustained.

No. 69129.—The Durst Manufacturing Co., Inc., et al. *v.* United States, protests 323270–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

No. 69130.—Magnesium Elektron, Inc. *v.* United States, protests 64/8772, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of magnesium alloys similar in all material respects to those the subject of *Magnesium Elektron, Inc.* v. *United States* (50 Cust. Ct. 71, C.D. 2391), the claim of the plaintiff was sustained.

No. 69131.—J. M. Rodgers Co., Inc., and Harris & Sons Steel Co. et al. *v.* United States, protests 64/2011, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of steel sheet coil ends similar in all material respects to those the subject of Abstract 67304, the claim of the plaintiffs was sustained.